# Alabama Great Southern Railroad Co. v. Reed.

APPEAL from DeKalb Circuit Court.
Tried before the Hon. J. A. BILBRO.

AMOS E. GOODHUE, for appellant.

DAVIS & HARALSON, for appellee.

This was a suit brought by the appellant against the appellee to recover certain taxes paid by the plaintiff to the defendant as tax collector of DeKalb county under protest. The plaintiff attacks the constitutionality of the acts of the legislature authorizing the levy, and also the levy made by the commissioner's court of said county, under which the taxes were collected by defendant. Acts of 1892-93, p. 312.

There was judgment for. the defendant and the plaintiff appeals. The judgment is affirmed on the authority of the *Southern Railway Co. v. St. Clair County,* 124 Ala. 491.

Opinion by McCLELLAN, C. J.